**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   I          **Investigating Agency**   DEA

**City**    Tewksbury                              ☐          **Related Case Information:**

**County**   Middlesex                            Superseding Ind./ Inf.     .              Case No.
                                                  Same Defendant                    New Defendant   Yes
                                                  Magistrate Judge Case Number    24-MJ-6407-MPK
                                                  Search Warrant Case Number      24-MJ-6398-MPK (under seal)
                                                  R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**    Jean Carlos Sotomayor Venerio                    Juvenile:        ☐ Yes  ☑ No

                      Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No
**Alias Name**
                      Santiago Marino Reyes Lara; Marinilto Armando Pena Soto

**Address**           (City & State)  Tewksbury, Massachusetts

**Birth date (Yr only):** 1986   **SSN (last4#):**  N/A   **Sex** M   **Race:** Hispanic   **Nationality:** Dominican

**Defense Counsel if known:**                          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Leah B. Foley                            Bar Number if applicable

**Interpreter:**    ☑ Yes   ☐ No          List language and/or dialect:      Spanish

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes   ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

      ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on

**Charging Document:**    ☑ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**    ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    06/04/2024          ☐          Signature of AUSA:    *Leah B. Foley*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jean Carlos Sotomayor Venerio

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 U.S.C. § 841 | possession with intent to distribute 400 grams+ fentanyl | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____